IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RANDY MCCRACKEN,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 2:20-cv-811 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | : |
| **Defendant.** | : |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant Portfolio Recovery Associates, LLC hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Allegheny County, Pennsylvania and in support thereof avers as follows:

1. Portfolio Recovery Associates, LLC is a defendant in a civil action originally filed on April 8, 2020 in the Court of Common Pleas of Allegheny County, Pennsylvania titled *Randy McCracken v. Portfolio Recovery Associates, LLC* and docketed to Case No. GD-20-005023.

2. This removal is timely under 28 U.S.C. § 1446(b). PRA received service of process of Plaintiff's Complaint on May 5, 2020.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings, and orders PRA received in the state court action.

4. The United States District Court for the Western District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff filed claims against PRA alleging violations of the Fair Debt Collection Practices Act, 28 U.S.C. § 1692, *et seq*.

5.   On this date, PRA has provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Pleas of Allegheny County, Pennsylvania.

WHEREFORE, Defendant Portfolio Recovery Associates, LLC respectfully removes this case to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By:   */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: June 3, 2020

## CERTIFICATE OF SERVICE

I certify that on June 3, 2020, a true copy of the foregoing document was served as follows:

*Via Email and U.S. Mail, Postage Prepaid*
Joshua P. Ward, Esq.
Kyle H. Steenland, Esq.
The Law Firm of Fenters Ward
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206
JWard@FentersWard.com
KSteenland@FentersWard.com
*Counsel for Plaintiff*

*Via Electronic Filing*
Court of Common Pleas
Allegheny County
414 Grant St.
Pittsburgh, PA 15219

**MESSER STRICKLER, LTD.**

By:   */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: June 3, 2020